| UNITED STATES DISTRICT COURT |
|---|
| DISTRICT OF NEW JERSEY                13-9342 |

UNITED STATES OF AMERICA ]    Magistrate Case No. 3942775 (Class B)
                         ]                        3942826 (Class A)
         v.              ]
                         ]
STEVEN Q. FARRELL        ]    Offense on a Federal Reservation

BEFORE the **Honorable Anthony R. Mautone,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation under the provisions of 32 CFR 634.25 (f), personally appeared this day **Capt John R. Cayangyang**, Special Assistant U.S. Attorney, 87th ABW/JA, Joint Base McGuire-Dix-Lakehurst, New Jersey, who, under oath charges that:

On or about the **21st day of October 2013**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**STEVEN Q. FARRELL** did commit,

Possession of Drug Paraphernalia in violation of NJSA 2c:36-2; and

Simple Possession of CDS in violation of 21 USC 844(a).

The name of the Complainant is **Capt John R. Cayangyang**.

_____
JOHN R. CAYANGYANG, Capt, USAR
Special Assistant United States Attorney

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, AT JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 5TH DAY OF DECEMBER 2013.

_____
HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE